PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Joshua Lee Riffel    Docket No. 1:21-CR-00132-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel Palomares, pretrial services/probation officer, presenting an official report upon the conduct of defendant Joshua Lee Riffel, who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower, sitting in the court at Western District of Texas-Austin Division on the 28th date of July, 2021 under the following conditions:

> See Order Setting Conditions of Release dated July 28, 2021.
>
> Condition (1) The defendant must not violate federal, state, or local law while on release.
>
> Condition (7)(k) The defendant must not possess a firearm, destructive device, or other weapon.
>
> Condition (7)(l) The defendant must not use alcohol at all.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 16, 2021, the defendant notified U.S. Pretrial Services via telephone and email advising he was arrested on October 15, 2021, by officers with the Leander Police Department and charged with Count 1: Terrorist Threat Cause Fear Of Imminent Serious Bodily Injury (misdemeanor) and Count 2: Driving While Intoxicated 2nd (misdemeanor).
>
> On October 17, 2021, the defendant contacted Pretrial Services and provided his version of the arrest. He stated he was stopped by the police department due to his vehicle matching the description of a suspected vehicle with an individual brandishing a firearm. He stated he then underwent a sobriety test and failed it, citing medical issues with epilepsy and sensitivity to light and the use of prescribed medications. The defendant then advised Pretrial Services he did not drink alcohol and was not intoxicated, and a search of his vehicle revealed no weapons.
>
> October 18, 2021, record checks revealed the defendant posted a $3,000.00 surety bond on Count 1: Terrorist Threat Cause Fear Of Imminent Serious Bodily Injury (misdemeanor) and a $2,000.00 surety bond on Count 2: Driving While Intoxicated 2nd (misdemeanor), and was released on October 15, 2021.
>
> On October 19, 2021, U.S. Pretrial Services requested the Incident/Investigation Report from the Leander Police Department for the defendant's October 15, 2021 arrest. After reviewing the Incident/Investigation Report, it was revealed the defendant was in possession a black BB 4.5MM Rifle (resembling an AR-15 BB Gun) at the time of his arrest. Additionally, the report indicates the defendant admitted to law enforcement officials that he consumed alcohol prior to driving his vehicle.
>
> Assistant U.S. Attorney, Mark Marshall has been advised of these violations and concurs with the proposed course of action at this time.

PS 8
(Rev. 12/04)

| Page 2 |
|---|
| Joshua Lee Riffel |
| Case #1:21-CR-00132-002 |

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be brought before the court to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/20/2021

ORDER OF COURT

Considered and ordered this   20th   day of   October  ,   2021   and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer     Phone Number   +1 (512) 839-0675

_____
Supervisory
U.S. Pretrial Services Officer     Phone Number   +1 (210) 818-7861

Place   U.S. Pretrial Services Office
501 West 5th Street, Suite 3200
Austin, Texas 78701